**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Massachusetts**

| | | |
|---|---|---|
| **In the Matter of**: | } | |
| | } | Case No. 16-12769 |
| JOHN J. LIBURDI | } | |
| AND MICHELLE A. LIBURDI | } | |
| | } | Chapter 13 |
| **Debtors** | } | |

## DEBTORS' MOTION TO DISMISS CHAPTER 13 CASE

**NOW COMES** the Debtors, John J. Liburdi and Michelle A. Liburdi, in the above captioned matter who hereby moves this Court, pursuant to 11 U.S.C. § 1307 and Local Ch. 13 Rule 13-17, to dismiss their Chapter 13 case. In support of this motion, the Debtors state the following:

1. On July 20, 2016, the Debtors filed a Chapter 13 Bankruptcy petition.
2. The Debtors filed their case in good faith and the Debtors' case has not been previously converted pursuant to 11 U.S.C. §§ 706, 1208, or 1112.

**WHEREFORE,** the Debtors request that this Court allow the Debtors to voluntarily dismiss their Chapter 13 case.

October 25, 2016

/s/ Lane N. Goldberg
Lane N. Goldberg, BBO#673045
Goldberg Law
15 Cottage Avenue, 4th Floor
Quincy, MA 02169
Tel: (617) 328-0006
Fax: (617) 328-0007

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Massachusetts**

| | | |
|---|---|---|
| **In the Matter of**: | } | |
| | } | Case No. 16-12769 |
| JOHN J. LIBURDI | } | |
| AND MICHELLE A. LIBURDI | } | |
| | } | Chapter 13 |
| **Debtors** | } | |

Certificate of Service

I, Lane N. Goldberg, hereby certify that on October 25, 2016 a true copy of **Debtors' Motion to Dismiss** was presented via this court's ECF system and to the parties listed below by first class mail, postage prepaid, when applicable.

October 25, 2016

/s/ Lane N. Goldberg
Lane N. Goldberg, BBO#673045
GOLDBERG LAW
15 Cottage Avenue, 4th Floor
Quincy, MA 02169
Tel: (617)-328-0006
Fax: (617)-328-0007
lane@goldberglawma.com

Carolyn Bankowski-13
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA 02114

John Fitzgerald
Office of the US Trustee
J.W. McCormack PO & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Direct Fedral Credit Union
50 Cabot Street
Needham Heights, MA 02194

Harmon Law Office, PC
Richard T. Mulligan, Esq.
PO Box 610389
Newton, MA 02461

PNC Mortgage
PO Box 8703
Dayton, OH 45401

John & Michelle Liburdi
56 Lake Street
Braintree, MA 02184